IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH W. YOUNG,

    Petitioner,

vs.                            Case No. 4:16cv485-RH/CAS

STATE OF FLORIDA,

    Respondent.
_____/

## ORDER, REPORT AND RECOMMENDATION

This cause is before the court upon transfer from the District of Columbia. ECF No. 3. Pending is Petitioner's petition for writ of habeas corpus. ECF No. 1. The form Petitioner used is the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, however, Petitioner is in State custody and is challenging his state court conviction and, therefore, his Petition should have been filed pursuant to 28 U.S.C. § 2254.

Petitioner is currently incarcerated at the Franklin Correctional Institution in Carrabelle, Florida, which is located in the Northern District of Florida. He challenges his conviction from the Fifteenth Judicial Circuit in Palm Beach County, Florida, which is located in the Southern District of Florida.

Since the Southern District is the district of conviction it would appear to be the most convenient for witnesses should an evidentiary hearing be necessary, and so transfer of this cause to the West Palm Beach Division of the Southern District of Florida is appropriate.  Mitchell v. Henderson, 432 F.2d 435, 436 (5th Cir. 1970) (division of conviction, where witnesses were located, was appropriate venue over division of confinement in challenge to conviction); Parker v. Singletary, 974 F.2d 1562, 1582 and n. 118 (11th Cir. 1992) (courts should give careful consideration to the convenience of witnesses in transferring habeas corpus petitions under § 2241(d), citing Mitchell).

Accordingly it is **ORDERED** that the Clerk shall change this cause of action on the docket to 28 U.S.C. § 2254.

It is further respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Southern District of Florida, West Palm Beach Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida on August 4, 2016.

Charles A. Stampelos
CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.