IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENNETH W. YOUNG,

    Plaintiff,

v.                                 CASE NO. 4:16cv485-RH/CAS

STATE OF FLORIDA,

    Defendant.

_____/

**ORDER FOR TRANSFER**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. This case is transferred to the United States District Court for the Southern District of Florida, West Palm Beach Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on September 16, 2016.

                                        s/Robert L. Hinkle
                                        United States District Judge